1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO LEE (CABN 257413)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6924
7      FAX: (415) 436-7234
       shiao.lee@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-498 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| JOHN DRAGO, | |
| Defendants. | |

On October 31, 2017, defendant and his attorney appeared before this Court. At the hearing, the Court directed the parties to appear on November 28, 2017 for a status conference. The parties agree that the additional time is necessary for the effective preparation of counsel. Therefore, the parties agree and jointly request that the time between October 31, 2017 and November 28, 2017, should be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| DATED: October 31, 2017 | Respectfully Submitted,<br><br>BRIAN J. STRETCH<br>United States Attorney<br><br>/s/ Shiao Lee<br>SHIAO LEE<br>Assistant United States ~~Attorney~~<br><br>/s/ Daniel Olmos<br>DANIEL OLMOS<br>Attorney for Defendant John Drago |

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from October 31, 2017, through and including November 28, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: November 2, 2017.

_[signature]_
HON. WILLIAM ~~H.~~ ALSUP
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 17-498 WHA