| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | SHIAO LEE (CABN 257413)<br>Assistant United States Attorney |

BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHIAO LEE (CABN 257413)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    shiao.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-498 WHA |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE** |
| v. | ) ) | **SPEEDY TRIAL ACT FROM NOVEMBER 28, 2017 TO DECEMBER 19, 2017** |
| JOHN DRAGO, | ) ) | |
| Defendants. | ) ) | |

On November 28, 2017, defendant and his attorney appeared before this Court for a status appearance. The case was continued to December 19, 2017 for a change of plea or trial setting date. The Parties agree that the time between November 28, 2017 and December 19, 2017 should be excluded to provide counsel with reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Counsel for the defendant intends to review discovery of the images in the presence of the case agent as well as conduct additional investigative work with the assistance of experts. The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND PROPOSED ORDER
CASE NO. 17-498 WHA

DATED: December 1, 2017				Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

 /s/ Shiao Lee
SHIAO LEE
Assistant United States Attorney


 /s/ Daniel Olmos
DANIEL OLMOS
Attorney for Defendant John Drago

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from November 28, 2017 through and including December 19, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: December 4, 2017.				_____
HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 17-498 WHA